UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LOUISE ANTZAKAS,

                       Plaintiff,                      **ORDER**

      -against-                             CV 06-2494(JS)(ARL)

JO-ANN FABRICS AND CRAFTS,

                        Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      During a telephone conference held on August 10, 2007, the court directed the plaintiff to provide the defendant with additional authorizations for her medical records by September 17, 2007. By letter dated October 3, 2007, the defendant advised the court that it has not received the authorizations, and thus, needs additional time to complete discovery. Although the plaintiff's counsel has advised counsel for the defendant that he is in the process of obtaining the authorizations from his client, plaintiff has not responded to this application. Accordingly, the defendant's request for an extension of discovery, is granted in part.

      The plaintiff shall provide the defendant with the additional medical authorizations by November 9, 2007. Failure to do so may result in the imposition of sanctions including a recommendation that the case be dismissed for failure to prosecute. All discovery, inclusive of expert discovery, is to be completed by December 14, 2007. Any party planning on making a dispositive motion shall take the first step in the motion process by December 28, 2007. The final conference scheduled for November 28, 2007 is adjourned to January 11, 2008 at 11:00 a.m. The parties are directed to file the proposed joint pretrial order prior to the conference.

Dated: Central Islip, New York                SO ORDERED:
       October 16, 2007

                                                 _____/s/_____
                                                 ARLENE ROSARIO LINDSAY
                                                 United States Magistrate Judge